Becker v. State



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS





IN RE


MR. YAMAHA, INC.


RELATOR
 §


 


§


 


§


 


§


 


§


 


 § 


No. 08-09-00157-CV



AN ORIGINAL PROCEEDING 


IN MANDAMUS







MEMORANDAUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator, Mr. Yamaha, Inc., asks this Court to issue a writ of mandamus against the
Honorable William E. Moody, Judge of the 34th District Court of El Paso County, Texas. In
order to be entitled to mandamus relief, a relator must meet two requirements. First, the relator
must show that the trial court clearly abused its discretion. In re Prudential Insurance Company
of America, 148 S.W.3d 124, 135 (Tex. 2004)(orig. proceeding). Second, the relator must
demonstrate he has no adequate remedy by appeal. Id. at 136. Based on the record before us, we
are unable to conclude that Relator is entitled to mandamus relief. Accordingly, the petition for
writ of mandamus is denied.


June 17, 2009

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Rivera, JJ.